IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NeighborFavor Inc., <br><br> Plaintiff, <br> v. <br><br> Hey Favor, Inc. <br><br> Defendant. | Case No. 1:22-cv-00618-LY |

## ORDER

Before the Court is Defendant Hey Favor, Inc.'s Emergency Motion for a Continuance. Having considered the briefing, the Court GRANTS the Motion and will reschedule the hearing on a date to be determined by the Court.

 

_____
LEE YEAKEL
UNITED STATED DISTRICT JUDGE

SF-4973799