IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NEIGHBORFAVOR INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 1:22-cv-00618-LY |
| v. | § | |
| | § | |
| HEY FAVOR, INC. | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S EXHIBIT LIST FOR PRELIMINARY INJUNCTION HEARING**

| Plaintiff's Exhibit # | Document Description | Offered? | Admitted? |
|---|---|---|---|
| 1 | Texas Monthly Article | | |
| 2 | CNBC Article | | |
| 3 | WIRED Article | | |
| 4 | Forbes Article | | |
| 5 | Markets Insider Article | | |
| 6 | Parade Article | | |
| 7 | Paste Magazine Article | | |
| 8 | Actual Confusion June 10, 2022 | | |
| 9 | Actual Confusion March 30, 2022 | | |
| 10 | Actual Confusion June 3, 2022 | | |
| 11 | Actual Confusion June 6, 2022 | | |
| 12 | Actual Confusion August 18, 2022 | | |
| 12-A | Actual Confusion August 16, 2022 | | |
| 13 | Actual Confusion July 19, 2022 | | |
| 14 | Actual Confusion September 6, 2022 | | |
| 15 | Actual Confusion September 25, 2022 | | |
| 16 | Favor App on Apple Store | | |
| 17 | Favor App on Google Play | | |
| 18 | Bob Peterson Declaration | | |
| 19 | Brian M. Sowers Declaration | | |
| 20 | Appendix G Forward Confusion Data | | |
| 21 | Appendix H Reverse Confusion Data | | |

DATED: November 14, 2022                    Respectfully submitted,

                                            /s/ *Travis R. Wimberly*
                                            Travis R. Wimberly
                                            State Bar No. 24075292
                                            Alexandra H. Bistline
                                            State Bar No. 24092137
                                            Daniel S. Martens
                                            State Bar No. 24116722
                                            PIRKEY BARBER PLLC
                                            1801 East 6th Street, Suite 300
                                            Austin, Texas 78702
                                            (512) 322-5200
                                            (512) 322-5201 (fax)
                                            twimberly@pirkeybarber.com
                                            abistline@pirkeybarber.com
                                            dmartens@pirkeybarber.com
                                            *Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

        I certify that on November 14, 2022, this document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to counsel of record.


                                            /s/ *Travis R. Wimberly*
                                            Travis R. Wimberly


2