**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **NeighborFavor Inc.,**<br><br>                **Plaintiff,**<br>     **v.**<br><br>**Hey Favor, Inc.**<br><br>                **Defendant.** | **Case No. 1:22-cv-00618-LY** |

## DEFENDANT HEY FAVOR, INC.'S EXHIBIT LIST

| Defendants' Exhibit No. | Document Date | Document Description | Offered | Admitted |
|---|---|---|---|---|
| 1 | June 23, 2022 | Exhibit 1 to the Declaration of Jag Bath in Support of NeighborFavor Inc.'s Motion for Preliminary Injunction | | |
| 2 | June 23, 2022 | Exhibit 2 to the Declaration of Jag Bath in Support of NeighborFavor Inc.'s Motion for Preliminary Injunction | | |
| 3 | August 10, 2022 | Exhibit A to the Declaration of Joyce Liou in Support of Hey Favor, Inc.'s Opposition to NeighborFavor Inc.'s Motion for Preliminary Injunction | | |
| 4 | August 10, 2022 | Exhibit B to the Declaration of Joyce Liou in Support of Hey Favor, Inc.'s Opposition to NeighborFavor Inc.'s Motion for Preliminary Injunction | | |
| 5 | August 10, 2022 | Exhibit C to the Declaration of Joyce Liou in Support of Hey Favor, Inc.'s Opposition to NeighborFavor Inc.'s Motion for Preliminary Injunction | | |

SF-4970532

| Defendants' Exhibit No. | Document Date | Document Description | Offered | Admitted |
|---|---|---|---|---|
| 6 | August 10, 2022 | Exhibit D to the Declaration of Joyce Liou in Support of Hey Favor, Inc.'s Opposition to NeighborFavor Inc.'s Motion for Preliminary Injunction | | |
| 7 | August 10, 2022 | Exhibit E to the Declaration of Joyce Liou in Support of Hey Favor, Inc.'s Opposition to NeighborFavor Inc.'s Motion for Preliminary Injunction | | |
| 8 | August 10, 2022 | Exhibit F to the Declaration of Joyce Liou in Support of Hey Favor, Inc.'s Opposition to NeighborFavor Inc.'s Motion for Preliminary Injunction | | |
| 9 | August 10, 2022 | Exhibit G to the Declaration of Joyce Liou in Support of Hey Favor, Inc.'s Opposition to NeighborFavor Inc.'s Motion for Preliminary Injunction | | |
| 10 | January 17, 2017 | Exhibit H to the Declaration of Joyce Liou in Support of Hey Favor, Inc.'s Opposition to NeighborFavor Inc.'s Motion for Preliminary Injunction | | |
| 11 | August 10, 2022 | Exhibit N to the Declaration of Joyce Liou in Support of Hey Favor, Inc.'s Opposition to NeighborFavor Inc.'s Motion for Preliminary Injunction | | |
| 12 | November 4, 2020 | H-E-B Prescription Delivery _ Free Service _ HED.com website, available at https://www.heb.com/static-page/article-template/H-E-B-Pharmacy-Delivery-Service | | |
| 13 | August 11, 2022 | Declaration of Liz Meyerdirk in Support of Hey Favor, Inc.'s Opposition to NeighborFavor's Inc.'s Motion for Preliminary Injunction; Exhibit A to Declaration; Exhibit B to Declaration | | |
| 14 | March 20, 2022 | "Introducing Favor" Blog Post by Liz Meyerdirk (https://heyfavor.com/blog/pill-club-now-favor) | | |
| 15 | August 11, 2022 | Exhibit M to the Declaration of Joyce Liou in Support of Hey Favor, Inc.'s Opposition to NeighborFavor Inc.'s Motion for Preliminary Injunction at Pages 46-50 | | |

| Defendants' Exhibit No. | Document Date | Document Description | Offered | Admitted |
|---|---|---|---|---|
| 16 | August 11, 2022 | Exhibit M to the Declaration of Joyce Liou in Support of Hey Favor, Inc.'s Opposition to NeighborFavor Inc.'s Motion for Preliminary Injunction at Pages 53-54 | | |
| 17 | November 8, 2022 | Screen recordings of Neighbor Favor Inc.'s mobile application – birth control search (video) | | |
| 18 | November 8, 2022 | Screen recordings of Neighbor Favor Inc.'s mobile application – HEB search (video) | | |
| 19 | November 8, 2022 | Screen recordings of Neighbor Favor Inc.'s mobile application – pharmacy search (video) | | |
| 20 | N/A | Screenshots of Tables and Appendices to Declaration of Brian Sowers in Support of Hey Favor, Inc.'s Opposition to Motion for Preliminary Injunction, ECF No. 16-20. | | |
| 21 | August 11, 2022 | Declaration of Brian Sowers in Support of Hey Favor, Inc.'s Opposition to Motion for Preliminary Injunction and exhibits and appendices thereto, ECF No. 16-20 | | |
| 22 | July 28, 2022 | Exhibit 5 to Declaration of Frances C. Lau in Support of NeighborFavor's Motion for Preliminary Injunction, ECF No. 6-9 | | |

Dated: November 14, 2022

Respectfully submitted,

By: _/s/ Joyce Liou_

    Aaron G. Fountain (TX Bar No. 24050619)
    Matthew R. Stephens (TX Bar No. 24129261)
    MORRISON & FOERSTER LLP
    701 Brazos Street, Suite 1100
    Austin, TX 78701
    Tel: (737) 309-0700
    AFountain@mofo.com
    MStephens@mofo.com

    Joyce Liou (admitted *pro hac vice*)
    MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, CA 94105
    (415) 268-7000
    JLiou@mofo.com

    Ani Oganesian (admitted *pro hac vice*)
    MORRISON & FOERSTER LLP
    707 Wilshire Boulevard
    Los Angeles, CA 90017
    (213) 892-5200
    AOganesian@mofo.com

    ***Counsel for Defendant Hey Favor, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2022, the foregoing was filed electronically in compliance with Local Rule CV-5(b)(1)

and served via the Court's electronic filing system on all counsel who have consented to electronic service.


Dated: November 14, 2022                    By:   */s/ Joyce Liou*
                                                  Joyce Liou

SF-4970532