IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **NeighborFavor Inc.,**<br><br>             **Plaintiff,**<br>   v.<br><br>**Hey Favor, Inc.**<br><br>             **Defendant.** | **Case No. 1:22-cv-00618-LY** |

**HEY FAVOR, INC.'S NOTICE OF COMPLIANCE PURSUANT TO
THE COURT'S JANUARY 12, 2023 ORDER**

Defendant Hey Favor, Inc. hereby submits this notice confirming its compliance with the Court's January 6, 2023 order (ECF 41) as modified by the Court's January 12, 2023 order (ECF No. 43). Hey Favor has "cease[d] all use of the FAVOR mark, and any other confusingly similar marks, on or before January 27, 2023." (ECF Nos. 41, 43.)

Dated: February 17, 2023                Respectfully submitted,

By:   /s/ *Joyce Liou*
    Aaron G. Fountain (TX Bar No. 24050619)
    Matthew R. Stephens (TX Bar No. 24129261)
    MORRISON & FOERSTER LLP
    701 Brazos Street, Suite 1100
    Austin, TX 78701
    Tel: (737) 309-0700
    AFountain@mofo.com
    MStephens@mofo.com

    Joyce Liou (admitted *pro hac vice*)
    MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, CA 94105
    (415) 268-7000
    JLiou@mofo.com

**Counsel for Defendant Hey Favor, Inc.**

sf-5419584

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2023, the foregoing was filed electronically in compliance with Local Rule CV-5(b)(1) and served via the Court's electronic filing system on all counsel who have consented to electronic service.

Dated: February 17, 2023                    By:    */s/ Joyce Liou*
                                                   Joyce Liou